# United States District Court

**FOR THE**
**NORTHERN DISTRICT OF CALIFORNIA**
**CRIMINAL DIVISION**
**VENUE: SAN FRANCISCO**

FILED

0022

PJH

UNITED STATES OF AMERICA,

V.

FATAI ONEVAI,

DEFENDANT.

## INDICTMENT

_Indict_

A true bill.

_____ Foreman

Filed in open court this ___ day of
January 2008.

_____ Clerk

Bail, $ No Bail

Submit by Email

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT ☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF ▓▓▓▓▓▓

FILED

─── OFFENSE CHARGED ───

26 USC § 7206(2) - 37 counts
Preparation of False Tax Returns

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY:

26 USC § 7206(2) - 3 yrs impris., $250,000 fine, year superv. rel., $100 assessment

─── DEFENDANT - U.S. ───

▶ FATAI ONEVAI

DISTRICT COURT NUMBER

JAN 17 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

PJH

─── PROCEEDING ───

Name of Complainant Agency, or Person (&Title, if any)

INTERNAL REVENUE SERVICE

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM   JOSEPH P. RUSSONIELLO
☒ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)   CYNTHIA L. STIER, AUSA, TAX DIV.

─── DEFENDANT ───

**IS NOT IN CUSTODY**

1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

NORTHERN DISTRICT OF CALIFORNIA

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges   ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of Institution

Has detainer been filed?  ☐ Yes  ☐ No   If "Yes" give date filed

DATE OF ARREST ▶   Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶   Month/Day/Year

☐ This report amends AO 257 previously submitted

─── ADDITIONAL INFORMATION OR COMMENTS ───

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT   Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:

Before Judge:

Comments:

| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (CSBN 44332) |
| | United States Attorney |

FILED

08 JAN 17 PM 2: 19

[Clerk U.S. District Court
Northern District of California]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. |
| Plaintiff, | ) | |
| | ) | VIOLATIONS: Title 26, United States Code, Section 7206(2) - Aiding and Assisting in the Preparation of False Tax Returns |
| v. | ) | |
| | ) | |
| FATAI ONEVAI, | ) | SAN FRANCISCO VENUE |
| Defendant. | ) | |

PJH

### INDICTMENT

The Grand Jury charges:

<u>COUNT ONE THROUGH THIRTY-SEVEN</u>: (26 U.S.C. § 7206(2) - Aiding and Assisting in the Preparation of False Tax Returns)

On or about the dates set forth below, in the Northern District of California, the defendant,

**FATAI ONEVAI**

then a resident of Pittsburg or Elk Grove, California, did willfully aid and assist in, procure, counsel, and advise the preparation and presentation to the Internal Revenue Service, of U.S. Individual Income Tax Returns, Forms 1040, either individual or joint, for the taxpayers specified below, which were false and fraudulent as to the material matters specified below, in that the defendant FATAI ONEVAI prepared the tax returns described below containing the

materially false item(s) specified below, which the defendant FATAI ONEVAI then and there knew were false:

| Count | Approximate Date of Offense - On or About | Taxpayers (identified by initials) | Calendar Tax Year | Material False Items | |
|---|---|---|---|---|---|
| 1 | 4/15/03 | L.C. | 2002 | Form 1040, line 38 | ($35,318) |
| 2 | 4/15/04 | L.C. | 2003 | Form 1040, line 37 | ($32,750) |
| 3 | 4/15/04 | E.F. | 2003 | Form 1040, line 37 | ($14,267) |
|   |         |      |      | Form 1040, line 63 | ($1,846) |
| 4 | 7/09/04 | T.F. & H.F. | 2001 | Form 1040, line 12 | $12,000, |
| 5 | 7/11/04 | T.F. & H.F. | 2002 | Form 1040, line 12 | $12,000, |
| 6 | 6/16/04 | T.F. & H.F. | 2003 | Form 1040, line 12 | $12,000, |
| 7 | 4/15/04 | P.F. | 2003 | Form 1040 filing Status - Single | |
|   |         |      |      | Form 1040, line 37 | ($47,776) |
| 8 | 4/15/04 | P.F., Jr. | 2003 | Form 1040, line 37 | ($32,004) |
| 9 | 5/02/05 | P.F., Jr. | 2004 | Form 1040, line 39 | ($32,244) |
| 10 | 4/15/04 | P.P.F. | 2003 | Form 1040, line 37 | ($16,788) |
| 11 | 4/27/05 | P.P.F. | 2004 | Form 1040, line 39 | ($19,580) |
|   |         |       |      | Form 1040, Exemptions, line 41 | ($6,200) |

///
///

*US v. Fatai Onevai,*
Indictment                                    2

| Count | Approximate Date of Offense - On or About | Taxpayers (identified by initials) | Calendar Tax Year | Material False Items | |
|---|---|---|---|---|---|
| 12 | 4/15/04 | M.F. | 2003 | Form 1040, line 7 | $36,182 |
|  |  |  |  | Form 1040, line 37 | ($33,233) |
| 13 | 5/27/04 | S.F. | 2003 | Form 1040 filing Status - Single | |
|  |  |  |  | Form 1040, line 37 | ($47,153) |
| 14 | 4/15/04 | R.G. & C.G. | 2003 | Form 1040, line 37 | ($69,045) |
| 15 | 4/15/04 | S.H. | 2003 | Form 1040, Filing status- Head of Household | |
|  |  |  |  | Form 1040, line 37 | ($27,606) |
| 16 | 4/15/04 | K.I. | 2003 | Form 1040, filing status- Head of Household | |
|  |  |  |  | Form 1040, line 37 | ($20,628) |
| 17 | 4/15/05 | K.I. | 2004 | Form 1040, filing status- Head of Household | |
|  |  |  |  | Form 1040, line 12 | $7,500 |
|  |  |  |  | Form 1040, line 39 | ($7,150) |
| 18 | 4/15/04 | R.J. & J.J. | 2003 | Form 1040, line 13a | $3,928 |
|  |  |  |  | Form 1040, line 37 | ($70,055) |
| 19 | 4/15/04 | S.L & M.L. | 2003 | Form 1040, Exemptions, line 39 | ($21,350) |
|  |  |  |  | Form 1040, line 37 | ($61,687) |

///
///

| Count | Approximate Date of Offense - On or About | Taxpayers (identified by initials) | Calendar Tax Year | Material False Items | |
|---|---|---|---|---|---|
| 20 | 8/13/04 | A.L | 2001 | Form 1040, filing status - | Head of Household |
| | | | | Form 1040, Exemptions, line 38 | ($8,700) |
| | | | | Form 1040, line 36 | ($6,650) |
| | | | | Form 1040, line 12 | $11,500 |
| 21 | 6/04/04 | A.L. | 2002 | Form 1040, filing status- | Head of Household |
| | | | | Form 1040, Exemptions, line 40 | ($9,000) |
| | | | | Form 1040, line 38 | ($7,000) |
| | | | | Form 1040, line 12 | $11,500 |
| 22 | 4/15/04 | A.L. | 2003 | Form 1040, filing status- | Head of Household |
| | | | | Form 1040, Exemptions, line 39 | ($9,150) |
| | | | | Form 1040, line 37 | ($7,000) |
| | | | | Form 1040, line 12 | $11,500 |
| 23 | 4/15/05 | A.L. | 2004 | Form 1040, filing status- | Head of Household |
| | | | | Form 1040, Exemptions, line 41 | ($9,300) |
| | | | | Form 1040, line 39 | ($7,150) |
| | | | | Form 1040, line 12 | $11,500 |
| 24 | 4/15/02 | T.L. & M.L. | 2001 | Form 1040, line 36 | ($69,016) |
| 25 | 4/15/03 | T.L. & M.L. | 2002 | Form 1040, line 38 | ($89,287) |

*US v. Fatai Onevai,*
Indictment                                       4

| Count | Approximate Date of Offense - On or About | Taxpayers (identified by initials) | Calendar Tax Year | Material False Items | |
|---|---|---|---|---|---|
| 26 | 4/15/04 | T.L. & M.L. | 2003 | Form 1040, line 37 | ($58,547) |
| 27 | 4/15/04 | M.L. & F.L. | 2003 | Form 1040, Exemptions, line 39 | ($12,200) |
|   |   |   |   | Form 1040, line 37 | ($53,369) |
| 28 | 4/15/04 | V.M. | 2003 | Form 1040, line 37 | ($30,538) |
| 29 | 4/15/04 | D.O. | 2003 | Form 1040 filing Status - Single | |
|   |   |   |   | Form 1040, line 32a | ($2,640) |
|   |   |   |   | Form 1040, line 37 | ($35,355) |
| 30 | 4/15/03 | S.R. | 2002 | Form 1040, line 38 | ($20,710) |
| 31 | 4/15/04 | S.R. | 2003 | Form 1040, line 37 | ($26,022) |
| 32 | 4/15/04 | A.S. | 2003 | Form 1040, line 37 | ($6,073) |
| 33 | 4/15/03 | K.T. | 2002 | Form 1040 filing Status - Single | |
|   |   |   |   | Form 1040, line 38 | ($52,733) |
| 34 | 5/27/04 | K.T. | 2003 | Form 1040 filing Status - Single | |
|   |   |   |   | Form 1040, line 37 | ($44,344) |
| 35 | 4/15/04 | E.T. & S.T. | 2003 | Form 1040, line 12 | $100 |
| 36 | 4/15/04 | E.T. | 2003 | Form 1040, line 37 | ($37,264) |

*US v. Fatai Onevai,*
Indictment                     5

| Count | Approximate Date of Offense - On or About | Taxpayers (identified by initials) | Calendar Tax Year | Material False Items | |
|---|---|---|---|---|---|
| 37 | 4/15/04 | M.T. | 2003 | Form 1040, line 37 | ($20,601) |

All in violation of Title 26, United States Code, Section 7206(2).

DATED:

1-17-08

A TRUE BILL.

*/s/* FOREPERSON

JOSEPH P. RUSSONIELLO
United States Attorney

*/s/*
BRIAN STRETCH
Chief, Criminal Division

(Approved as to form: */s/ Cynthia Stier*  )
                        AUSA STIER

*US v. Fatai Onevai*,
Indictment                                    6