UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES**

**Date:** February 6, 2008                              **JUDGE:** Phyllis J. Hamilton

**Case No:** CR-08-0022 PJH

**Case Name:** UNITED STATES  v.  FATAI ONEVAI (Present)

**Attorney for Plaintiff:** Cynthia Stier
**Attorney for Defendant:** Elizabeth Falk

**Deputy Clerk:** Nichole Heuerman         **Court Reporter:** Joan Columbini

**PROCEEDINGS**

Trial Setting-Held.  The government informs the court that discovery will be handed over to defense counsel by tomorrow.  Defense counsel's request to continue the matter for 6 weeks to give her an opportunity to review the discovery and in light of the fact that the defendant resides in Utah is GRANTED by the court.  Time is excluded from 2/6/08 to 3/19/08 for effective preparation of counsel.  The government to prepare order regarding exclusion of time.

**CASE CONTINUED TO:** March 19, 2008 at 2:30 p.m.  for Trial Setting.

---

**EXCLUDABLE DELAY:** Category  Begins 2/6/08 Ends 3/19/08

---

**cc:**    chambers