JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

CYNTHIA STIER (DCBN 423256)
Assistant United States Attorneys
   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-7000
   FAX: (415) 436-6748

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br>         Plaintiff, ) <br>    vs. ) <br> FATAI ONEVAI, ) <br>         Defendant. ) <br> ) | No. CR.-08-0022-PJH <br><br> STIPULATION AND [PROPOSED] PROTECTIVE ORDER |

## STIPULATION

The United States and the defendant in this action, through undersigned counsel, hereby stipulate and agree as follows:

1.    The United States is prepared to produce to defendant's counsel of record in this matter discovery containing sensitive tax, personal and/or financial information of third parties, subject to the following conditions.

2.    Defense counsel shall not disclose any documents or information produced by the United States to anyone except her client, any defense witnesses, experts or investigators retained in this case, or any defense staff working on the case. Moreover, no defendant, defense witnesses, experts or investigators, or defense staff shall disclose such documents or

1  information to anyone, absent further order of the Court.

2       3.    The documents and information described in paragraph 1 shall be used only to
3  prepare and evaluate the defense in this proceeding. Any person to whom the documents or
4  information are disclosed must be provided with a copy of this Stipulation and Order. The
5  materials provided to defense counsel pursuant to this order, and any copies thereof, shall be
6  returned to the government at the conclusion of this case.

7       4.    The documents described above shall not be copied at all unless copying is
8  necessary for preparation of the defense in this proceeding. Any copy of the materials that is
9  made shall be accompanied at all times by a copy of this Stipulation and Order. No document or
10 copy thereof shall be left with any defense witness.

11
12 DATED:   2/7/08                          /s/ Cynthia Stier
13                                               CYNTHIA STIER
                                              Assistant United States Attorney

14 DATED:   2/7/08                          /s/ Elizabeth Falk
15                                               ELIZABETH FALK
                                              Counsel for Fatai Onevai

16
17                                   ORDER

18    In light of the stipulation and agreement of the parties to this action, and good cause
19 appearing therefor, it is HEREBY ORDERED that disclosure of the above-described information
20 shall be restricted as set forth in Paragraphs 1 through 4 above.

21
22 DATED:
23                                               PHILLIS J. HAMILTON
                                              United States District Judge

24
25
26
27
28