1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CASBN 163973)
3  Chief, Criminal Division

4  CYNTHIA STIER (DCBN 423256)
   Assistant United States Attorneys
5      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
6      Telephone: (415) 436-7000
       FAX: (415) 436-6748
7
   Attorneys for Plaintiff
8

9
                     UNITED STATES DISTRICT COURT
10
                    NORTHERN DISTRICT OF CALIFORNIA
11
                         SAN FRANCISCO DIVISION
12

13  UNITED STATES OF AMERICA,           )   No. CR.-08-0022-PJH
                                        )
14           Plaintiff,                 )
                                        )
15      vs.                             )
                                        )   STIPULATION AND
16  FATAI ONEVAI,                       )   [PROPOSED] PROTECTIVE
                                        )   ORDER
17           Defendant.                 )
                                        )
18

19                              STIPULATION

20      The United States and the defendant in this action, through undersigned counsel, hereby

21  stipulate and agree as follows:

22      1.    The United States is prepared to produce to defendant's counsel of record in this

23  matter discovery containing sensitive tax, personal and/or financial information of third parties,

24  subject to the following conditions.

25      2.    Defense counsel shall not disclose any documents or information produced by the

26  United States to anyone except her client, any defense witnesses, experts or investigators retained

27  in this case, or any defense staff working on the case. Moreover, no defendant, defense

28  witnesses, experts or investigators, or defense staff shall disclose such documents or

information to anyone, absent further order of the Court.

3. The documents and information described in paragraph 1 shall be used only to prepare and evaluate the defense in this proceeding. Any person to whom the documents or information are disclosed must be provided with a copy of this Stipulation and Order. The materials provided to defense counsel pursuant to this order, and any copies thereof, shall be returned to the government at the conclusion of this case.

4. The documents described above shall not be copied at all unless copying is necessary for preparation of the defense in this proceeding. Any copy of the materials that is made shall be accompanied at all times by a copy of this Stipulation and Order. No document or copy thereof shall be left with any defense witness.

DATED:   2/7/08                              /s/ Cynthia Stier
                                             CYNTHIA STIER
                                             Assistant United States Attorney

DATED:   2/7/08                              /s/ Elizabeth Falk
                                             ELIZABETH FALK
                                             Counsel for Fatai Onevai

ORDER

In light of the stipulation and agreement of the parties to this action, and good cause appearing therefor, it is HEREBY ORDERED that disclosure of the above-described information shall be restricted as set forth in Paragraphs 1 through 4 above.

DATED: 2/11/08



PHYLLIS J. HAMILTON
United States District Judge

IT IS SO ORDERED
Judge Phyllis J. Hamilton