```
 1  JOSEPH RUSSONIELLO (CSBN 44332)
    United States Attorney
 2  THOMAS MOORE (ASBN 4305-O78T)
    Assistant United States Attorney
 3  Chief, Tax Division
    CYNTHIA STIER (DCBN 423256)
 4  Assistant United States Attorney
     9th Floor Federal Building
 5    450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
 6    Telephone: (415) 436-7000
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-08-0022-PJH |
| ) | |
| Plaintiff, ) | |
| ) | **STIPULATION AND** |
| v. ) | **[PROPOSED] ORDER REGARDING** |
| ) | **EXCLUSION OF TIME** |
| ) | |
| FATAI ONEVAI, ) | |
| ) | |
| Defendant. ) | |
| ) | |

The defendant came before the Court for a trial setting on February 6, 2008. The matter was continued to March 19, 2008, to provide defense counsel an opportunity to review discovery and in light of the fact that Defendant resides in Utah. The parties agreed, and the Court found, that the time between February 6, 2008 and March 19, 2008, is properly excluded under the Speedy Trial Act, Title 18, United States Code, Sections 3161(h)(8)(A) and (h)(B)(ii) and (iv). The parties agreed, and the Court found that failure to grant the requested continuance would unreasonably deny the defense the reasonable time necessary for effective preparation. The

//

//

1  parties agree that the ends of justice served by granting the requested continuance outweigh the
2  best interest of the public and the defendants in a speedy trial.
3
4  DATED: February 11, 2008           /s/ Cynthia Stier
                                       CYNTHIA STIER
5                                      Assistant United States Attorney
6
   DATED: February 11, 2008            /s/ Elizabeth Falk
7                                      ELIZABETH FALK
                                       Office of the Federal Public Defender
8
9
                                    ORDER
10
       For the foregoing reasons, and as stated on the record at the February 6, 2008 hearing in this
11
   matter, the Court HEREBY ORDERS the period between February 6, 2008 and March 19, 2008,
12
   excluded from the speedy trial calculation under Title 18, United States Code, Sections
13
   3161(h)(8)(A) and (h)(B)(ii) and (iv).  The Court finds that the failure to grant the requested
14
   continuance would unreasonably deny defense counsel the reasonable time necessary for
15
   effective preparation.  The Court finds that the ends of justice served by granting the requested
16
   continuance outweigh the best interest of the public and the defendant in a speedy trial and in the
17
   prompt disposition of criminal cases.
18
19
   IT IS SO ORDERED.
20
21
   DATED:                              _____
22                                     HONORABLE PHYLLIS J. HAMILTON
                                       UNITED STATES DISTRICT JUDGE
23
24
25
26
27
28

Stipulation and [Proposed] Order
Regarding Exclusion of Time,
Case No. No. CR 07- 0022 - PJH            2