JOSEPH RUSSONIELLO (CSBN 44332)
United States Attorney
THOMAS MOORE (ASBN 4305-O78T)
Assistant United States Attorney
Chief, Tax Division
CYNTHIA STIER (DCBN 423256)
Assistant United States Attorney
 9th Floor Federal Building
 450 Golden Gate Avenue, Box 36055
 San Francisco, California 94102
 Telephone: (415) 436-7000

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-08-0022-PJH |
| ) Plaintiff, ) | |
| ) v. ) | **STIPULATION AND [PROPOSED] ORDER REGARDING EXCLUSION OF TIME** |
| ) ) | |
| FATAI ONEVAI, ) ) | |
| Defendant. ) ) | |
| _____ ) | |

The defendant came before the Court for a trial setting on February 6, 2008. The matter was continued to March 19, 2008, to provide defense counsel an opportunity to review discovery and in light of the fact that Defendant resides in Utah. The parties agreed, and the Court found, that the time between February 6, 2008 and March 19, 2008, is properly excluded under the Speedy Trial Act, Title 18, United States Code, Sections 3161(h)(8)(A) and (h)(B)(ii) and (iv). The parties agreed, and the Court found that failure to grant the requested continuance would unreasonably deny the defense the reasonable time necessary for effective preparation. The

//

//

1  parties agree that the ends of justice served by granting the requested continuance outweigh the
2  best interest of the public and the defendants in a speedy trial.

4  DATED: February 11, 2008           /s/ Cynthia Stier
                                      CYNTHIA STIER
5                                     Assistant United States Attorney

7  DATED: February 11, 2008            /s/ Elizabeth Falk
                                      ELIZABETH FALK
                                      Office of the Federal Public Defender

## ORDER

For the foregoing reasons, and as stated on the record at the February 6, 2008 hearing in this matter, the Court HEREBY ORDERS the period between February 6, 2008 and March 19, 2008, excluded from the speedy trial calculation under Title 18, United States Code, Sections 3161(h)(8)(A) and (h)(B)(ii) and (iv). The Court finds that the failure to grant the requested continuance would unreasonably deny defense counsel the reasonable time necessary for effective preparation. The Court finds that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases.

IT IS SO ORDERED.

DATED: 2/13/08

_____
HON. PHYLLIS J. HAMILTON
UNITED STATES DISTRICT JUDGE

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge Phyllis J. Hamilton]

Stipulation and [Proposed] Order
Regarding Exclusion of Time,
Case No. No. CR 07- 0022 - PJH          2