# United States District Court
## District of Utah



**D. Mark Jones**
Clerk of Court

**Louise S. York**
Chief Deputy Clerk

January 24, 2008

Clerk of Court
U.S. District Court for the Northern District of California
450 Golden Gate Ave. 16th Floor
San Francisco, CA 94102



RE:    UNITED STATES OF AMERICA v. FATAI ONEVAI
        Utah: 2;08-MJ-18 DN
        California: CR 08-0022 PJH

Dear Clerk:

      Pursuant to the execution of the Waiver of Rule 5 and 5.1 Hearings form by the above named defendant and his counsel on 1/18/08, you may retrieve the case documents from our CMECF system.

      Documents filed prior to May 2, 2005 are forwarded with this letter. Documents filed since that time may be accessed through our CM/ECF system https://ecf.utd.uscourts.gov/. If you do not have a Court PACER login and password, please contact Robert Janzen at 801-524-6105.

      Please acknowledge receipt of these documents by signing a copy of this letter and returning it to my attention.

Sincerely,
D. Mark Jones, Clerk

By:
Anndrea Bowers
Case Administrator

**ACKNOWLEDGMENT OF RECEIPT:**
**Received by:** _____ **Date:** _____