UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL MINUTES

Date: March 19, 2008                                JUDGE: Phyllis J. Hamilton

Case No: CR-08-0022 PJH

Case Name:   UNITED STATES  v.  FATAI ONEVAI (Present)

**Attorney for Plaintiff:**   Cynthia Stier
**Attorney for Defendant:**   Elizabeth Falk

**Deputy Clerk:** Nichole Heuerman                **Court Reporter:** Joan Columbini

PROCEEDINGS

Change of Plea-Held.  The plea agreement is signed and filed in court.  The defendant is sworn.  The court finds the defendant to be fully competent and capable of entering into an informed plea.  The plea is knowing and voluntary.  The court finds a factual basis for the plea.  The defendant enters a plea go guilty as to count 18 of the Indictment.  The court accepts the plea.  The defendant is adjudged guilty of the offense.  The defendant is referred to probation to conduct a presentence investigation.

**CASE CONTINUED TO: June 25, 2008 at 2:30 p.m.  for Sentencing.**

**cc:**     chambers