BARRY J. PORTMAN
Federal Public Defender
ELIZABETH M. FALK
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant ONEVAI

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 08-22 PJH |
| Plaintiff, ) | |
| vs. ) | **DEFENDANT'S SENTENCING MEMORANDUM** |
| FATAI ONEVAI, ) | Date:    June 25, 2008 |
| Defendant. ) | Time:    2:30 p.m. |
| ) | Court:   The Honorable Phyllis J. Hamilton |

Mr. Fatai Onevai now appears before the Court for sentencing, having pled guilty to one count of aiding and assisting in the preparation of false tax returns, in violation of 26 U.S.C. 7206(2). The parties jointly recommend a sentence of 18 months imprisonment, and the recommendation is joined by the Probation Officer assigned to the case. There are no objections to the Presentence Report or the Guideline calculations contained therein. Mr. Onevai thus concurs with the Probation Officer's findings that the applicable Guideline range is Offense Level 15, Criminal History category I, and that the resulting range is 18-24 months. The requested sentence is within the Guideline range and the parties ask the Court to accept the agreed-upon disposition.

The negotiated disposition and plea agreement in the instant case were entered into after extensive negotiations between the parties involving Mr. Onevai's immigration status. Specifically,

1  Mr. Onevai is a Legal Permanent Resident of the United States, and his primary concern with
2  pleading guilty in this matter was to avoid the harsh consequences associated with permanent
3  deportation and exclusion from the United States.  The jointly proposed sentence within the
4  Guideline range reflects this priority.
5       The proposed disposition in this matter is accordingly a result of consultations between
6  undersigned defense counsel and immigration attorney Angela Bean, to ensure that the conviction of
7  Mr. Onevai now before this Court does not represent an aggravated felony for immigration purposes
8  under the current law.  Mr. Onevai wishes this Court to note for the record that he has pled guilty to
9  the one count of the indictment in reliance on the advice that he has received that the conviction is
10 not an aggravated felony for immigration purposes under the current law.  He asks the Court to
11 concur with the parties' recommendation and to sentence him to 18 months in custody.

## CONCLUSION

13      Mr. Fatai Onevai respectfully requests this Court to sentence him to 18 months imprisonment.
14 DATED: June 20, 2008

Respectfully submitted,

BARRY J. PORTMAN
Federal Public Defender

/S/

_____
ELIZABETH M. FALK
Assistant Federal Public Defender