| | |
|---|---|
| 1 | JOSEPH RUSSONIELLO (CSBN 44332) |
|   | United States Attorney |
| 2 | THOMAS MOORE (ASBN 4305-O78T) |
|   | Assistant United States Attorney |
| 3 | Chief, Tax Division |
|   | CYNTHIA STIER (DCBN 423256) |
| 4 | Assistant United States Attorney |
|   | 9th Floor Federal Building |
| 5 | 450 Golden Gate Avenue, Box 36055 |
|   | San Francisco, California 94102 |
| 6 | Telephone: (415) 436-7000 |

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
|  | ) | No. CR 08-0022 PJH |
| Plaintiff, | ) | |
|  | ) | |
| v. | ) | |
|  | ) | UNITED STATES' SENTENCING |
| FATAI ONEVAI, | ) | MEMORANDUM |
|  | ) | |
| Defendant. | ) | |

**SENTENCING MEMORANDUM**

The United States hereby submits its sentencing memorandum. The Probation Officer has calculated defendant Fatai Onevai's United States Sentencing Guidelines ("U.S.S.G." or "Guidelines") total offense level to be 15, with a Criminal History Category of I and recommends a 18 month sentence of incarceration, followed by a one-year term of supervised release, a fine of $5,000; restitution of $190,899; and a special assessment of $100.

The parties have recently conferred and have agreed to request that the Court set a further

1  hearing solely on the issue of restitution.  The United States agrees with the recommendation of
2  the Probation Officer in all other respects.

                                             JOSEPH RUSSONIELLO
                                             United States Attorney

Date: June 24, 2008                          /s/ Cynthia Stier
                                             CYNTHIA STIER
                                             Assistant United States Attorney
                                             Tax Division

US v. Fatai Onevai,
CR 08-0022 PJH,
US Sentencing Memorandum           2