## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES

**Date: June 25, 2008**                          **JUDGE:  Phyllis J. Hamilton**

**Case No:  CR-08-0022 PJH**

**Case Name:   UNITED STATES  v.  FATAI ONEVAI (Present)**

**Attorney for Plaintiff:     Cynthia Stier**
**Attorney for Defendant:   Elizabeth Falk**

**Deputy Clerk:** Nichole Heuerman                **Court Reporter:** Debra Pas

**Probation:** Joshua Sparks

### PROCEEDINGS

Sentencing-Held.  The defendant is committed to the custody of the Bureau of Prisons for a term of 18 months; 1 year supervised release with the following special conditions: 1) defendant shall pay any restitution, fine or special assessment imposed 2) defendant shall provide probation with access to any financial information 3) defendant shall not open any new lines of credit and/or incur new debt 4) defendant shall comply and cooperate with the IRS 5) defendant shall not be employed in any fiduciary capacity 6) defendant is subject to a search7) defendant shall not own or possess any firearms, ammunition, destructive devices, or other dangerous weapons and 8) defendant shall cooperate in the collection of DNA.  The defendant shall pay a $5,000 fine and $100 special assessment both due immediately.  If the defendant is not able to pay the fine and special assessment immediately it shall be paid through the Bureau of Prisons Inmate Financial Responsibility Program.

The court to recommend to the Bureau of Prisons that the defendant be designated as close to California as possible to facilitate family visits.

The government's motion to dismiss counts 1-17 and 19-37 is granted by the court.

The defendant shall self surrender to the facility if designated, otherwise to the U.S. Marshal by 12:00 p.m. on 8/29/08.

**cc:**    chambers