07/02/2008 11:31 AM EST                                                                                                              Version 7.0.1

## Case Debt Type Payment Report
### U.S. Courts

San Francisco

| Party # | Party Name | Fund | Debt Type | Total Owed | Current Outstanding | Document Type/Number | Actg Ln # | Payment Type | Payment Amount | Payment Date |
|---|---|---|---|---|---|---|---|---|---|---|
| | Case No. DCAN308CR000022 | | US V ONEVAI | | | | | | | |
| 001 | FATAI ONEVAI | 504100 | SPECIAL PENALTY ASSESSMENT | 100.00 | 0.00 | CT 34611020574 | 1 | PR | 100.00 | 06/25/2008 |
| | | | | | | Division Payment Total | | | 100.00 | |
| | | | | | | Grand Total | | | 100.00 | |

$100.00 SPECIAL ASSESSMENT PAID IN FULL    m 6-25-08

**FILED**
JUL - 7 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CR 08-22 SI

Page 1 of 1